**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA**

| | |
|---|---|
| ALABAMA FAMILY FOOT CLINIC, PC; DESERT ABA SOLUTIONS LLC; UNIQUE INTEGRATED CARE; RIVERBEND COUNSELING SERVICES; E5 THERAPY; KIDSTUFF CHILD AND FAMILY COUNSELING PC; UROLOGICAL CONSULTANTS OF FLORIDA; BALL'S REXALL DRUGS, INC., D/B/A B&W REXALL DRUGS; CLOE CHIROPRACTIC CENTER; MIND GARDEN, LLC; SERENITY THERAPY, LLC; PITTSBURG INTERNAL MEDICINE PA; GIEVERS- ZUNIGA FOOT & ANKLE CENTER; KAJAL GEHI PSYCHOTHERAPY, LLC; IRWIN COUNSELING SERVICE, PLLC; LAKE ACUPUNCTURE LLC; DIABETES & ENDOCRINE INSTITUTE; SOUTH CITY COUNSELING STL; NANCY FISH LCSW, MPH; SERENITY COUNSELING CENTER NJ LLC; ROBERT MULLAN, DPM, INC.; WITH GRACE MENTAL HEALTH COUNSELING PLLC; ANEW U COUNSELING SERVICES, PLLC; CULTIVATING MIND LLC; THE WELLIFE, LLC; KAITLIN HECKMAN LLC; REBECCA WILLIAMS, MS, NCC, LPC; HEELEX LLC; BODY MIND & SPINE CHIROPRACTIC; CORE COUNSELING AND CONSULTATION; and FOUR WINDS COUNSELING LLC; individually and on behalf of all others similarly situated, | Case No. 24-cv-2335 DWF/DJF<br><br>**PLAINTIFF IRWIN COUNSELING SERVICE, PLLC'S CORPORATE DISCLOSURE STATEMENT (F.R.C.P. 7.1)** |
| Plaintiffs, | |
| v. | |
| UNITEDHEALTH GROUP INCORPORATED, CHANGE HEALTHCARE INC., and OPTUM, INC., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Irwin Counseling Service, PLLC, through its undersigned counsel, hereby submits the following Corporate Disclosure Statement:

1. Plaintiff Irwin Counseling Service, PLLC has no parent corporation.

2. No parent corporation or publicly held corporation owns 10 percent or more of the stock of Plaintiff Irwin Counseling Service, PLLC.

3. Pursuant to Rule 7.1 (a)(2),  Plaintiff Irwin Counseling Service, PLLC is a citizenship of the State of Michigan.

DATED: July 19, 2024                    Respectfully submitted,

**CIRESI CONLIN LLP**

s/ *Barry M. Landy*
Michael V. Ciresi (#16949)
Jan M. Conlin (#192697)
Melissa A. Goodman (#330164)
Heather M McElroy (#34168X)
Barry M. Landy (#391307)
225 South Sixth Street, Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8200
Email: mvc@ciresiconlin.com
          jmc@ciresiconlin.com
          mag@ciresiconlin.com
          hmm@ciresiconlin.com
          bml@ciresiconlin.com

**GIBBS LAW GROUP LLP**
Eric H. Gibbs
Rosemary M. Rivas
David M. Berger
Rosanne L. Mah
Brian E. Johnson
1111 Broadway, Suite 2100
Oakland, California 94607
Phone: (510) 350-9700
Email: ehg@classlawgroup.com
          rmr@classlawgroup.com
          dmb@classlawgroup.com
          rlm@classlawgroup.com
          bej@classlawgroup.com

2

*Counsel for Plaintiffs and the Proposed Class*